

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-11-2007

# Doe v. Abington Friends Sch

Precedential or Non-Precedential: Precedential

Docket No. 05-1405

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Doe v. Abington Friends Sch" (2007). *2007 Decisions.* Paper 1166.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1166

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No. 05-1405

BENJAMIN DOE, a Minor, by his Parents,
Joseph and Julie Doe; JOSEPH DOE, Individually
and on Their Own Behalf; JULIE DOE, Individually
and On Their Own Behalf,

Appellants,

v.

ABINGTON FRIENDS SCHOOL; PHILIP VINOGRADOV;
JODI PICKERING; RUSSELL SHAW

Benjamin Doe; Joseph Doe; Julie Doe,
Appellants

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 04-cv-04647)
District Judge: Honorable Juan R. Sanchez

**ORDER AMENDING OPINION**

It has come to the attention of the Clerk that the law firm and firm's address for Carl W. Hittinger, Esq. was not properly identified in the caption of the opinion. Accordingly it is hereby O R D E R E D that the caption is amended as follows:

Carl W. Hittinger, Esquire (Argued
DLA Piper
1650 Market Street Suite 4900
Philadelphia, PA 19103

This amendment is purely typographical in nature and does not effect the substance

of the decision of this Court or its mandate.

<div style="margin-left:45%">

For the Court,
 /s/ Marcia M. Waldron
Clerk

</div>

Dated: April 11, 2007
arl/par/cc: C.W.H., Esq.
        J.S.K., Esq.